UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Laura Duffek, *on behalf of herself, and all others similarly situated*, | File No. 21-cv-1413 (ECT/DJF) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| iMedia Brands, Inc., | |
| Defendant. | |

---

Based on the stipulation of dismissal with prejudice filed by the parties, ECF No. 48, **IT IS ORDERED** that this action is **DISMISSED** with prejudice, without an award of costs, disbursements, or attorneys' fees to either Duffek or iMedia.

Dated: October 24, 2022            s/ Eric C. Tostrud
                                   Eric C. Tostrud
                                   United States District Court